*Pro Se Corporation* — **WHISTLEBLOWER DEFAULT JUDGEMENT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**Robert W. Johnson,** Plaintiff(s)
vs.
**Executive East Syracuse Hotel LLC & Indeed**, Defendant(s)

Civil Case No.: 22cv535 DNH/ATB

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: **X** JURY ____ COURT (Select only one)

*FILED — U.S. DISTRICT COURT - N.D. OF N.Y. — MAY 19 2022 — AT ____ O'CLOCK ____ — John M. Domurad, Clerk - Syracuse*

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: **Robert W. Johnson**
   Address: **112 Court St., APT. 2, Watertown, NY 13601**

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: **Executive East Syracuse Hotel LLC**
   Official Position: **Corporation**
   Address: **6620 Old Collamer Rd., East Syracuse, NY 13057**
   **315-432-5612**

b. Defendant: Indeed,
Official Position: Corporation
Address: 7501 N. Capital of Texas Hwy
Austin, TX 78731
203-328-2691

c. Defendant: _____
Official Position: _____
Address: _____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I, Robert W. Johnson was denied employment and employee/employer policy records by Executive East Syracuse Hotel LLC and Indeed. All parties are Pro Se Corporation and violated Robert W. Johnson Due Process Rights.

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Executive East Syracuse Hotel LLC discriminated against Robert W. Johnson, and denied Robert W. Johnson Employee/Employer policy records and Due Process Rights for employee applicants.

### SECOND CAUSE OF ACTION

Indeed falsified ads and employment and Robert W. Johnson was not afforded policy records, fair hearings and employee incentives for future employment.

### THIRD CAUSE OF ACTION

Executive East Syracuse Hotel LLC and Indeed violated Pro Se Corporation laws governing potential employees and deny any wrongdoings and or discriminatory practices.

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

$100,000,000.00 for punitive damages; Employment; Sanctions; All other reliefs just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 05/17/2022

Robert W. Johnson
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010