# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Robert Johnson**

      Plaintiff

vs.                          **CASE NUMBER: 5:22-cv-535 (DNH/ATB)**

**Executive East Syracuse Hotel LLC**

      Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON REPORT & RECOMMENDATION adopting Report and Recommendations. ORDERED that the Report & Recommendation is ACCEPTED in each of the twenty-one above- captioned civil actions; the twenty-one above-captioned civil actions are DISMISSED WITHOUT LEAVE TO AMEND.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 11th day of July, 2022.

DATED: July 11, 2022

                                                      Clerk of Court

                                                      s/Kathy Rogers
                                                      Deputy Clerk