# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

**Robert W. Johnson**

    Plaintiff

vs.                              **CASE NUMBER: 5:22-cv-535 (DNH/ATB)**

**Executive East Syracuse Hotel LLC, Indeed**

    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Report & Recommendation is ACCEPTED in each of the twenty-one above-captioned civil actions; The twenty-one above-captioned civil actions are DISMISSED WITHOUT LEAVE TO AMEND.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 11th day of July, 2022.

DATED: July 12, 2022

_John Domurad_
Clerk of Court

                              s/Kathy Rogers
                              Deputy Clerk